NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAKIM INDUSTRIES, INC.,**
**(doing business as Quali-Tech Manufacturing Company),**
*Plaintiff-Appellant,*

**v.**

**LINZER PRODUCTS CORPORATION,**
*Defendant-Appellee.*

---

2013-1225, -1375

---

Appeals from the United States District Court for the Central District of California in No. 12-CV-4976, Judge Otis D. Wright, II.

---

**JUDGMENT**

---

ROBERT BERLINER, Berliner & Associates, of Los Angeles, California, argued for plaintiff-appellant. With him on the brief was SARAH SILBERT.

JEFFREY A. LINDENBAUM, Collen IP Intellectual Property Law, P.C., of Ossining, New York, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, PROST, and MOORE, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 7, 2014                    /s/  Daniel  E.  O'Toole
Date                                  Daniel E. O'Toole
                                      Clerk of Court